MAR-29-2006  15:02       10TH FLOOR ORA FBI                      510 627 4219    P.03

Case 4:06-cr-00043-DLJ   Document 1   Filed 01/19/2006   Page 2 of 4    06-MJ-00118-DW

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
**VENUE: OAKLAND**

FILED
JAN 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES OF AMERICA,

V.

RONALD LEONARD SHERMAN

06-MJ-118

CR06-00043DLJ

DEFENDANT.

## INDICTMENT

Title 18 U.S.C. Section 2422(b) - Using Facilities of Interstate Commerce to Induce Minor to Engage in Illegal Sexual Activity

A true bill.

_____
Foreman

Filed in open court this _____ day of _____.

_____
Clerk

Bail, $ No bail, arrest warrant.
_____  1-19-06

E-filing

**FILED**

JAN 1 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
                      OAKLAND DIVISION
10                                              CR06-00043 DLJ
11
12  UNITED STATES OF AMERICA,        )   No.
                                     )
13         Plaintiff,                )   VIOLATION: 18 U.S.C. § 2422(b) - Using
                                     )   Facilities of Interstate Commerce to Induce
14     v.                            )   Minor to Engage in Illegal Sexual Activity
                                     )
15                                   )   OAKLAND VENUE
    RONALD LEONARD SHERMAN,          )
16                                   )
           Defendant.                )
17  _____ )

                    INDICTMENT
18
19  The Grand Jury charges:

20      On or about and between April 29, 2004 and November 15, 2004, both dates being

21  approximate and inclusive, in the Northern District of California and elsewhere, the defendant

                         RONALD LEONARD SHERMAN,
22
23  using facilities and means of interstate commerce, including the Internet, did knowingly

24  //
25  //
26  //
27  //
28  //

INDICTMENT                           1

1  persuade, induce, entice and coerce a girl under the age of eighteen to engage in sexual activity
2  for which a person could be charged with a criminal offense, namely California Penal Code
3  Section 261.5(c), in violation of Title 18, United States Code, Section 2422(b).
4
5  DATED: Jan 19, 2006                    A TRUE BILL.
6
7                                                              FOREPERSON
8
9  KEVIN V. RYAN
   United States Attorney
10
11
12  BRIAN J. STRETCH
    Chief, Oakland Branch
13
14  (Approved as to form: _____
                           AUSA M.J. CHAN

INDICTMENT                              2

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA.

V.

Ronald Leonard Sherman

## WARRANT FOR ARREST

Case Number: CR-06-00043-DLJ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   RONALD LEONARD SHERMAN

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint
( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with   Using facilities of interstate commerce to induce minor to engage in illegal sexual activity

in violation of Title ____18____ United States Code, Section(s)   2422(b)

Kelly Collins
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

1/19/06  Oakland, CA
Date and Location

Bail fixed at $ __NO BAIL__

by  U.S. Magistrate Judge Wayne D. Brazil
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |

AO 257 (Rev. 5/78)    Case 4:06-cr-00043-DLJ   Document 1   Filed 01/19/2006   Page 1 of 4

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

E-filing

--- OFFENSE CHARGED ---
18 USC Section 2422(b) - Using Facilities of Interstate Commerce to Induce Minor to Engage in Illegal Sexual Activity

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

PENALTY:
Mandatory minimum imprisonment 5 yrs., maximum 30 yrs.; $250,000 fine; 5 yrs. Supervised Release; Mandatory special assessment $100 per count.

--- DEFENDANT - U.S. ---
▶ RONALD LEONARD SHERMAN

DISTRICT COURT NUMBER
CR06-00043 DLJ

FILED
JAN 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   MERRY JEAN CHAN

--- DEFENDANT ---

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ _____   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____   Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

(Rev. 04/05)    DATE: April 10, 2006

DEFENDANT:      **RONALD LEONARD SHERMAN**

DOB:            1961

ADDRESS:        Ignacio, Co

COMPLAINT FILED?  ____ YES  __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _06-MJ-00118-DLW_
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____ YES __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE(S):     **Counts One: 18 USC § 2422(b)- Using Facilities of interstate commerce to induce a minor in illegal sexual activity**

LOCATION OF OFFENSE(S):    Ignacio, Colorado, and San Fransisco, California

PENALTY(IES):   Count One: NLT 5 years imprisonment or NMT 40 years imprisonment, NMT $250,000 fine, or both, NMT three (3) years supervised release, and a $100.00 Special Assessment Fee

AGENT(S):       Doug Hunt, Special Agent FBI

AUTHORIZED BY:  Brian J. Stretch
                Assistant United States Attorney


ESTIMATED TIME OF TRIAL:

__x__ Five days or less

__x__ **The Government will seek detention of Defendant**

OCDETF:     _____ Yes  ____X____ No